JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN  DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHOUA  HER, | Case No. 1:19-cv-01111-GSA |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. | |
| ANDREW SAUL,[1] Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record that, with the Court's approval, Plaintiff shall have a 30-day extension of time, from January 21, 2020 to February 20, 2020, for Plaintiff to serve defendant with PLAINTIFF'S CONFIDENTIAL LETTER BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to address the issues thoroughly in her confidential letter brief.

---

[1]  Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).  See also section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

| | |
|---|---|
| 1 | Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and |
| 2 | Court for any inconvenience this may cause. |

Respectfully submitted,

Dated: January 17, 2020

PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: January 17, 2020        MCGREGOR W. SCOTT
                                     United States Attorney
                                     DEBORAH LEE STACHEL
                                     Regional Chief Counsel, Region IX
                                     Social Security Administration

                          By:  **/s/ Margaret Branick-Abilla*
                               MARGARET BRANICK-ABILLA
                               Special Assistant United States Attorney
                               Attorneys for Defendant
                               (*As authorized by email on January 17, 2020)

IT IS SO ORDERED.

    Dated:  **January 22, 2020**                  **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE