McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| PHOUA HER, | Case No. No. 1:19-cv-01111-GSA |
|     Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME** |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
|     Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 45-day extension of time, from June 28, 2020 to August 12, 2020, to respond to Plaintiff's Opening Brief. All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Defendant's first request for an extension of time. Defendant respectfully requests an extension because counsel requires additional time to review the CAR, to evaluate the issues raised in Plaintiff's brief, and to confer with her client regarding same. In light of the global COVID-19 crisis, SSA is switching to new work processes, and is focusing on providing the most critical services by mail, phone and online to those most in need. SSA is also taking

Stipulation and [Proposed] Order
No. 1:19-cv-01111-GSA

1

additional steps to protect its employees and help stop the spread of COVID-19, maximizing social distancing, including significantly limiting employee access to SSA facilities for health and safety only and moving rapidly toward a virtual work environment.  Although the agency is working diligently to provide ongoing services, including legal services, there are practical implications for our litigation workloads and communication with other agency personnel is taking longer than it ordinarily would.  Therefore, the undersigned counsel for the Commissioner requests a 45-day extension to prepare and file the Commissioner's brief.

Plaintiff does not oppose the requested extension of time.

Respectfully submitted,

Dated: June 22. 2020           PENA & BROMBERG, PLC

By:*/s/ Jonathan O. Pena\**
    JONATHAN O. PENA
    Attorneys for Plaintiff
    [*As authorized by e-mail on Jun. 22, 2020]

Dated: June 22, 2020           McGREGOR W. SCOTT
                               United States Attorney
                               DEBORAH LEE STACHEL
                               Regional Chief Counsel, Region IX
                               Social Security Administration

By: */s/ Margaret Branick-Abilla*
    MARGARET BRANICK-ABILLA
    Special Assistant United States Attorney
    Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **June 22, 2020**              **/s/ Gary S. Austin**
                               UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order
No. 1:19-cv-01111-GSA

2