DOLLY TROMPETER
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHOUA HER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 1:19-cv-01111-GSA<br><br>STIPULATION AND ORDER<br>FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 15-day extension of time, from 8/27/2020  to 9/11/2020 , for Plaintiff to serve Defendant with PLAINTIFF'S REPLY.

　　　This is Plaintiff's first request for an extension of time on this task, but fourth overall.

　　　On 1/17/2020, Plaintiff requested a 30 day extension to file her Confidential Letter Brief. (Doc 12) On 4/23/2020, Plaintiff requested a 30-day extension to file her Opening Brief.  (Doc 16)  On 5/26/2020, Plaintiff filed a second extension request for an additional 30 days to file her Opening Brief.  On the second extension request, Plaintiff's Counsel was dealing with the effects of COVID-19 protocols and reduced support staff. To remedy the backlog, Plaintiff's Counsel has retained co-counsel, Dolly Trompeter.  On 8/18/2020, Dolly Trompeter entered her appearance in this matter.  (Doc 25)

Attorney Dolly Trompeter requires additional time to review the case material and to draft the reply for the Court. It is not Plaintiff's intention to delay this matter. Indeed, the recruitment of Ms. Trompeter is intended to remedy the issue of frequent extension requests.

Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: August 27, 2020        PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/Dolly M. Trompeter*
    DOLLY M. TROMPETER
    Attorneys for Plaintiff

Dated: August 28, 2020        McGREGOR W. SCOTT
                              United States Attorney
                              DEBORAH LEE STACHEL
                              Regional Chief Counsel, Region IX
                              Social Security Administration

By:  */s/ Lynn Harada*
     Lynn Harada
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on 8/28/2020)

IT IS SO ORDERED.

Dated:   **August 31, 2020**             **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE